Opinion issued August 15, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00362-CV

____________


RICHARD JUCKER, Appellant


V.


SHIMANO AMERICAN CORP., Appellee






On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 0054990






O P I N I O N

 The parties have filed a joint motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed with
prejudice. Tex. R. App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.

Do not publish. Tex. R. App. P. 47.